**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00028-CMA-KLM

SUSAN FOLEY,

    Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut corporation,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to and in accordance with the Stipulation for Dismissal With Prejudice (Doc. # 18), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

DATED: July  25 , 2014

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge